IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TERRI SCHMIDT and )
ANDREW SCHMIDT, Individually and )
as Parent and Next Friend of )
DANIEL SCHMIDT, and )
and ANDREW SCHMIDT, JR. )
)
)
Plaintiffs, )
) Case No: 4:05CV01498HEA
vs. )
)
JOSEPH M. FLESCH, )
)
Defendant. )

## ORDER APPOINTING ANDREW SCHMIDT AS THE NEXT FRIEND OF DANIEL SCHMIDT AND ANDREW SCHMIDT, JR.

The motion of Andrew Schmidt, for the appointment of Andrew Schmidt as the Next Friend of Daniel Schmidt and Andrew Schmidt, Jr., for the purpose of pursuing a settlement regarding an accident occurring October 5, 2001, being duly filed herein; said Andrew Schmidt is hereby appointed Next Friend of Daniel Schmidt and Andrew Schmidt, Jr., to pursue said settlement.

SO ORDERED:

_[signature]_

Entered this date: 5·31·06.